PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

2022 SEP 21 AM 10: 41

Louis Fred Gonzales #8977
Plaintiff's Name and ID Number

Lamb County Jail
Place of Confinement

CASE NO. 5-22CV0239-H
(Clerk will assign the number)

v.

Felix Klein; 100 6TH Drive, Littlefield, Tx 79339
Defendant's Name and Address

Scot Say; 100 6tH Drive, Littlefield, Tx 79339
Defendant's Name and Address

Deputy Weston; 1200 E Waylon Jennings, Littlefield, Tx 79339
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES _✓_NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit:______________________________

2. Parties to previous lawsuit:

   Plaintiff(s)______________________________

   Defendant(s)______________________________

3. Court: (If federal, name the district; if state, name the county.)______________

4. Cause number:______________________________

5. Name of judge to whom case was assigned: ______________________

6. Disposition: (Was the case dismissed, appealed, still pending?) ______________

7. Approximate date of disposition:______________________________

Page 3. Continued...

IV. Parties To This Suit:

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #6: Manuel Balderas, Plainview P.d Cop; Plainview Police dpt, 108 W 9th, Plainview, Tx 79072

Briefly describe the harm caused to you. Has Committed Criminal acts in which has implicated his involvement in engaging in Criminal activities

Defendant #7: Aveulos, Plainview P.d Cop; Plainview Police dpt; 108 W. 9th, Plainview, Tx 79072

Briefly describe the harm caused. Has Committed Numerous of Felonies against Citizens under the color of law

Defendant #8: Solis, Plainview P.d Cop; Plainview Police dpt, 108 W 9th, Plainview, Tx 79072

Briefly describe the harm Caused. has Committed Serious Criminal offenses against Citizens under the Color of law

Defendant #9 Mallory Petterson, Child Protective Services Investigator, Midland, TX C.P.S Office

Briefly describe the harm Caused. She had Kidnapped Our Children, and taken them to her own home in Lubbock and raped/molested them

Defendant #10. Benjamin Modi, Child Protective Services Employee, Child Protective Services, Amarillo, Tx's C.P.S office

Briefly describe the harm caused. Kidnapped Our Twins from the hospital from Plainview, Tx, Human Trafficking

Defendant #11. Jaime Blaunt, C.P.S Supervisor, Amarillo, Tx office

Briefly describe the harm Caused. aided and abetted into the agg kidnapping of Our Newborn Twins from Covenant Hospital, Plainview Tx

Defendant #12. Jennifer Garcia, C.P.S Employee, Child Protective Services, Plainview, TX 79072

Briefly describe the harm Caused. Had Committed Aggravated Perjury during an official Court Proceeding about and to the Slander of Mr. Gonzales; as Mrs. Gutierrez confronted or/and rebutted Mrs. Garcia lies; but Judge had Failed to do her Civil duties as a Judge.

II. PLACE OF PRESENT CONFINEMENT: Lamb County Jail, 1200 E Waylon Jennings, Littlefield, TX 79339

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES __NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
The administration is denying copies

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Louis Gonzales; Lamb County Jail, 1200 E Waylon Jennings, Littlefield, TX 79339

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Felix Klein, 154Th District Judge of Lamb County; Lamb County District Court, 100 6th Drive, Littlefield, TX 79339

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
He has intentionally deprived Citizens of Life, liberty and property without due process of Law.

Defendant #2: Scot Say, District Attorney, Lamb County Courthouse, 100 6th Drive, Littlefield, TX 79339

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has intentionally Committed Crimes against Citizens under the Color of Law

Defendant #3: Weston; Lamb County Sherriff Deputy; Lamb County Sherriff Office, 1200 E Waylon Jennings, Littlefield, TX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Has intentionally Committed Crimes against Citizens of the United States under the Color of Law

Defendant #4: Gary Maddox, Lamb County Sherriff; Lamb County Sherriff's office, 1200 E Waylon Jennings, Littlefield, TX 79339

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
His Acts have aided and abetted into the Continuous Criminal activities inflicted upon Citizens

Defendant #5: Reggie Holmes, Olton Police officer; Olton Police Dpt, Olton City Hall, Olton, TX 79064

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
His Acts and omissions have implicated in his involvement into an organized Criminal organization of Terrorists.

Page 3. Continued...

IV. Parties To This Suit:

B. Full Name of Each defendant, his official Capacity, his place of employment, and his full mailing address.

Defendant #13. Misty - Lamb County Jail administrator, Lamb County Jail, 1200 E. Waylon Jennings, Littlefield, Tx 79339

Briefly describe the harm caused. Has Committed activities in which implicates her in the engagement of Criminal activities with others

Defendant #14. Reggie - Lamb County Administrator - Lamb County Jail, 1200 E. Waylon Jennings, Littlefield, TX 79339

Briefly describe the harm caused. Acts & Ommissions indicates the person in engaging in Criminal activities with others

Defendant #15. Lamb County female C.P.S. Judge presiding over the May 2021 illegal Petition for Protection of a Child filed by Mallory Petterson

Briefly describe the harm caused. The Judge had no legal standing authority to have signed an Emergency Court order removal of our children

Defendant #16 Castro County Judge Presiding over C.P.S illegal Petition for Protection of a child of Lucas Randy Gonzales, filed by Benjamin Modlin 8-22

Briefly describe the harm caused. The So called Judge had no legal authority to have signed an emergency removal nor Petition for Protection of a Child

Defendant #17. Dr. Swartz, Doctor, Plainview Covenant Hospital, Plainview, TX 79072

Briefly describe the harm caused. Engaged in Criminal activities in which aided into the kidnapping of the Parents Twins

Defendant #18. Dr. Sernal, Doctor, Plainview Covenant Hospital, Plainview, TX 79072

Briefly describe the harm caused. Engaged in Criminal activities in which aided into the kidnapping of the Parents Newborn Twins

Defendant #19. Hispanic Intake Nurse of July 27, 2021 whom retrieved Parents from the emergency room

Briefly describe the harm caused. Engaged in Criminal activities in which aided into the false prolapse imbilical Cord, in order to Commit a false emergency C-Section

Defendant #20. The two older white Nurses whom stated their was only 1 baby without Conducting Any tests of their own, or viewing the a sonogram machine's results

Supporting facts engaged in Criminal activities in which led to the kidnapping of the Parents Newborn Twins

IV. Parties To This Suit:

B. Full Name of each defendant, his official Capacity, his place of employment, and his full mailing address:

Defendant #21: The Two Plainview detectives whom were with Manuel Balderas in Olton, TX prior to the illegal arrest of a bond forfeiture on or about May 2022, Reggie Holmes
Briefly describe the harm committed: engaged in Criminal activities in order to defraud, Conspire and Commit multiple felonies against Citizens

Defendant #22: The Sonogram Technician, July 27, 2021, Plainview Covenant Hospital, Plainview, Tx 79072
Briefly describe the harm committed: Had engaged in Criminal activities in order to kidnap the Parents twins

Defendant #23: Jay Levingston, Lamb County Sherriff deputy; Lamb County Sherriff office, 1200 E Waylon Jennings, Littlefield, Tx 79339
Briefly describe the harm committed: Engaged in Criminal activities under the color of law

Defendant #24: White male, 6'0", 150lbs, late 50's Lamb County Sherriff deputy; 1200 E Waylon Jennings, Littlefield, TX 79339
Briefly describe the harm committed: engaged in Criminal and terroristic activities under the Color of law

Defendant #25: White male, 150lbs, 5'11", Early 30's Lamb County Deputy, 1200 E Waylon Jennings, Littlefield, TX 79339
Briefly describe the harm committed: engaged in Criminal activities under the Color of law

Defendant #26: Cody Neil, Plainview P.d Cop; Plainview Police department; 108 W. 9th, Plainview, TX 79072
Briefly describe the harm committed: engaged in Criminal activities while under the Color of law

Defendant #27: The Male individual whom Reggie Holmes was speaking to on his Cell phone of Mr. Gonzales on the night of the false Bond forfeiture on or about May 2022. alleged dispatcher
Briefly describe the harm committed: engaged in Criminal activities in which was acted under the Color of law

Page 3 Continued...

IV. Parties to This Suit:

B. Full Name of each defendant, his official Capacity, his place of employment, and his full mailing address.

Defendant 28: The Male individual whome the White detective from Plainview was speaking to ON his Cell phone prior to the May 2022 arrest The alleged dispatcher IN Olton, TX
Briefly describe the harm Committed: engaged in Criminal activities in which was acted under the Color of law

Defendant 29: Mallory Petterson's Confidental Informant / Electronic Survielance
Briefly describe the harm Committed: engaged in Criminal activities while purporting to be under the Color of law

Defendant 30: Deputy Weston's Confidental Informant whom he refers to "They", whom are engage in illegal electronic Survielance
Briefly describe the harm Committed: engage in Criminal activities while purporting to be under the Color of law

Defendant 31: Felix Klein's Confidental Informant - Illegal Surviellance - he mentioned within the Search and Seize Warrant for the Land Rover.
Describe the harm Committed. engaged in Criminal activities while under the Color of law

Defendant 32: May 2021's C.P.S Petition by Mallory Petterson's Confidental Informant - illegal electronic Survellance
describe the harm Committed. engaged in Criminal activities while purporting under the Color of law

Defendant #33: Plainview P.d Avelous Informant whom stated to him that Mr. Gonzales told Nurses the government was watching him
describe the harm Committed: engaged in Criminal activities in order to purposly discredit Mr. Gonzales's character

Defendant # 34. The Confidential Report Mallory Petterson recieved ON the Same Night of Mr. Gonzales illegal interaction with Plainview P.d ON 2020 at the hospital
Describe the harm Committed. engaged in Criminal activities in order to purposely defame, slander and discredit Mr. Gonzales

Defendant # 35. Benjamin Mock's informant in which stated that Mr. Gonzales was experiencing mental problems
Describe the harm Committed engaged in Criminal activities in order to discredit, defame and harm the Character of Mr. Gonzales

Page 3. Continued...

IV. Parties To This Suit:

B. Full name of each defendant, his official Capacity, his Place of employment, and his full mailing address.

Defendant #36. The individual whom Avelius was speaking with on his Cell phone during the illegal Search & Seizure at the hospital on 7-28-21

Briefly describe the harm caused. engaged in Criminal activities in which aided into the Crimes Committed to the family

Defendant #37. The two Nursery Nurses whom overheard Aveulus Conversations he held on the night of July 28, 2021, Covenant Hospital

Briefly describe the harm Caused. Are witnesses to the illegal Criminal activities in which were inflicted

Defendant #38. The Person whom had dispatched the Plainview P.d to the Hospital on the night of 7-28-21

Briefly describe the harm Caused. engaged in Criminal activities in order to kidnap the parents Identical twins/Newborn

Defendant #39. The allege Covenant Hospital employee whom made the Call to Mallay Petterson on 7-29-22 that the family was discharged.

~~Defendant #40.~~ Briefly describe the harm: Engaged in Criminal activities in which aided in the kidnapping of the Parents Twins

Defendant #40. Dr. Wright, Docter, Plainview Covenant Hospital, Plainview, Tx 79072

Briefly describe the harm caused. engaged in Criminal activitie in which resulted in the Kidnaping of the Parents Identical twins

Defendant #41: The Nurses and Doctors whom were present on the day of 7-27-22 birth of the Parents twins Covenant

Briefly describe the harm caused: Knowledge, as in Witnesses to what had occured at the hospital

Defendant #42: Surveillance Cameras from Convenant hospital From 7-25-21 through 8-5-21, interior and exterior

Briefly the harm Caused: material evidence to the Criminal activities in were inflicted; And of whom and where the Parent's Second Newborn had went.

Page 3. Continued...

IV. Parties to the Suit:

B. Full Name of each defendant, his official Capacity, his Place of employment, and his full mailing address.

Defendant # 43. Video Surveillance From Allsups in Olton, Tx on the night of the illegal arrest with Reggie Holmes in May 2022

Briefly Describe the harm Committed. material evidence

Defendant # 44. Text, Phone Records From the Named individuals when were speaking or using their Cell during the encounters

Briefly describe the harm Committed. material evidence

Defendant # 45. Lone Star Bail Bond, Agents, Lubbock, TX 79401

Briefly describe the harm Committed: material witnesses

Defendant # 46 National Bail Bonds, Agents, Lubbock, TX 79401

Briefly describe the harm Committed material evidence

Defendant # 47. Any and all people who had physical [illegible], knowledge to the allegations

Briefly describe the harm Committed. material evidence

Defendant # 48. Meredith Bri[illegible]ths, Assistant D.A, Hale County, Hale County Courthouse, 225 Broadway, Plainview, TX 79072

Briefly describe the harm Committed engaged in Criminal activities while under the color of law

Defendant # 49. Wally Hatch, D.A, Hale County District Court house, Plainview, TX 79072 - 225 Broadway

Briefly describe the harm Committed engaged in Criminal activities while under the color of law

Pag 3. Continued...

IV. Parties To This Suit:

B. Full Name of each defendant, his official Capacity, his place of employment, and his full mailing address:

Defendant #50 Kregg Hukill, 242nd District Judge; Hale County Courthouse, 225 Broadway, Plainview, Tx 79072

Briefly describe the harm Committed: engaged in Criminal activities while under the color of law.

Defendant #51 Robert Kinkaid, 64th District Judge, Hale County Courthouse, 225 Broadway, Plainview, Tx 79072

Briefly describe the harm Committed engaged in Criminal activities while under the color of law

Defendant #52 Ed Self, Hale County Judge - retired, 225 Broadway, Plainview, Tx 79072

Briefly describe the harm Committed. engaged in Criminal activity while under the Color of law

Defendant #53 Sunshine Stanek, D.A; Lubbock County Courthouse, 904 Broadway, Lubbock, Tx 79401

Briefly describe the harm Committed. engaged in Criminal activities while under the Color of law

Defendant #54 Lubbock County white female Assistant D.A, 904 Broadway, Lubbock, Tx 79401

Briefly describe the harm Committed engaged in Criminal activity while under the Color of Law

Defendant #55 Mr. Gonzales's Court Appointed Attorney to the Lubbock Theft of Property of a financial Institute charge

Briefly describe the harm Committed has been engaging in criminal activities while purporting to be a public defender

Defendant #56 Jody Myatt, Attorney, Plainview, TX 79072

Briefly describe the harm Committed. engaged in Criminal activities while under the Color of law

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Additional Documents Are Attached

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Pray the Court will Liberate Mr. Gonzales and others, and relief in Monetary damages, Compensatory, actual damages in which the law of our State and government allow, as well Criminal charges.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Louis Fred Gonzales, Louis Fred Gonzales Jr III

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1266350, 0299668

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ________
2. Case number: ________
3. Approximate date sanctions were imposed: ________
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ________________
2. Case number: ________________
3. Approximate date warning was issued: ________________

Executed on: 9-17-22
DATE

[signature] Pro Se
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 17 (Day) day of September (month), 2022 (year)

[signature] Louis Gonzales
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

1. The Affiant, a United States Citizen(s); Louis Fred Gonzales whom resides at 3001 County Road 84, Olton, Tx 79064; Father to Eleven children; Owner to two newly start-up bussinesses states the following under perjury of law, and of Sound mind says that:

He, Louis Fred Gonzales is currently being held against his will and cosent, as he is being held captive for ransom at Lamb County Jail in Littlefield, Tx 79339 on False charges in which he has material, as well witnesses whom can testify and prove beyond a reasonable doubt, and without a question; Louis Fred Gonzales did not and could not have committed the falsified charge in which has been implicated on his person by individuals whom have been, [illegible] falsify themselves to be public Servants whom have been engaging in Criminal activities, as they are involved in a Organized Criminal Organization whom have hidden themselves behind Loyal and well respected Public Servants throughout this time.

As Mr. Gonzales is Currently incocerated for the/a falsified charge, a felony/State Jail Felony; "Burglary of a Building" in which his Bond has been set at $25,000 by the Lamb County District Attorney's office, Scott Say, whom the Lamb County District Judge, Felix Klein had signed off on the amount of bond on July 28, 2022;

In which then a warrant was issued for Louis Fred Gonzales due to an Indictment brought before a Grand Jury whom were emraneled in the term of July 2022,

For the Felony offense of a "Burglary of a Building";

As the Indictment does not contain any probable cause whatsoever in which reveals or show Mr. Gonzales had committed such Crime; as the Following is the five and a half sentence the Lamb County Judicial system had or presented before the Grand Jury for "Burglary of a Building";

"Hereinafter styled defendant, on or about to 06th day of July, 2022, and before the presentment of this Indictment, in the County and State aforesaid, did: then and there intentionally and knowingly enter a building, or a portion of a building without the effective consent of Gerardo Sandoval, the Owner thereof, and attempted to commit or committed theft of property, namely tools, mechanical equipment, welders and pressure washers, owned by the said Gerardo Sandoval;"

As the above is the Five sentence paragraph; the Lamb County District Attorny's; Scott SAY "Probable Cause" he/they presented before the grand jury;

As their was no other evidence or information, as in material in which actually states, proves or shows that the defendant/Louis Fred Gonzales committing the offense "Burlgary of a Building";

As their is No Video Surviellance, or/and witnesses whom can place Mr. Gonzales at the alleged Crime Scene; and whom or which can been shown that Mr. Gonzales had entered such Building and committed the allege theft of property; because Mr. Gonzales did Not enter any building In which he supposedly had taken property

Not belonging to him without the Cosent of the owner.

As this is how and why the state fails to prove or show that it was the accussed whom had entered the alleged building and as the charge is a Burglary of a building;

The State fails to provide evidence in which is material to and of the charge, of the accussed committing the unlawful entry into the allege building and showing material evidence the accussed is seen or was witnessed committing the allege theft through or by Video Surviellance or a witness;

As the State fails to show and prove this act; as this is an important and vital neccesity in order for the commission of Burglary of a building to be said to have been allegelly committed by the defendant.

In which the Indictment is void, and or invalid, as it contains defects in Substance; a vital and important part of its discription in describing the offense in which had allegllly occured;

As it also fails to name or describe where the Burglary of the building had allegllly occurred; in which an Indictment must contain;

2. And Ch. 21. § 21.08 "Allegations of ownership"

within an Indictment regarding personal property states "Where it shows that one person owns the property, and another person has possession of the

Same property; the ownership may be allege to be all, or either of them; and where ownership of the property is unknown to the Grand Jury; it then shall be sufficient to allege that fact";

Meaning if the property is unknown to whom it belongs; then ownership cannot be determined to be either, other than the person in possession of the property;

As it is Common property, property in which any person can or may also have possession of similar or the same property; then one must show ownership by Virtue of some proof of purchase in which also must show the identity of the product, by when it was purchased, from whom it was purchased, as well as any identifying numbers; as to show and prove ownership;

Because any individual can state or make an allegation that they are missing property;
Especially property in which is Common, and most likely in most households or a very good percentage of people, especially when its a Common trade; So individuals within such skill of trade would also most likely have similar property or and the same tools, in which is Common;

Especially since we have Giant Chain Hardware stores, outlets and stores within our area that sell their brand Names, and other Brands whom

they have Contract with in order to sell their Company's Brand name tools, hardware, appliances, Furniture, clothing and etc, within such chain Stores;

As ~~the~~ in our area, in which is Common in and around our Nation; Have Stores as in Wal-mart, SEArs, Harbor Freight, K-mart, United and other popular Stores in which carry Common Named brand Names;

And the only way to tell such tools and etc apart is from their serial number; proof of purchase in order to show ownership, or a bill of sale; reciept;

Because any person whom have evil intentions could and may utilize the judicial system in order to defraud or deprive another person of property, by committing fraud, forgery, fabrication and deception, as an individual may commit such malicious intentions to capitalize off or on another innocent Citizen's / victim's life or their Lives; in which Not only are the targeted Victim's Life or Lives deprived of Life, liberty and property;

But those targeted Victims are not the only persons whom are effected by these evil and pathetic criminal and treacherous activities;

As the Victim's family, especially their Children witness and bear this Cruel ~~and~~ unusual and terroristic activities being inflicted upon them;

especially when they were brought up to respect and trust individuals whom were or are

Employed as a public Servant;

And these little ones, our children are then inflicted with so much harm and pain; emotionally, physiclogialy, even at-times even physcially;

because they had witnessed bad things being inflicted to their parents, even inflicted upon themselves by persons whom they were taught and brought that up to be persons whom were to be Good people, Not bad people.

And in "Chapter 21, Statue 21.09 of the Texas Criminal Procedure" "The Description of Property" within an Indictment in which states or alleges personal or Common property is the object in which was deprived from the owner, "must state" within the Indictment the description of property, as in identifying the property by "name", "Kind", "Number" and proof of ownership";

And within the States Indictment numered Cause No. DCR-6279-22, The State of Texas vs. Louis Fred III Gonzales states within its 5 1/2 sentence probable cause or/and its evidence against Mr Gonzales, alleging that he had allegelly entered a building and then allegelly left the building with "Property, namely tools, mechanical equipment, welders, and pressure washers owned by the Named alleged Victim;"

As the Forementioned Two Sentences stating what was allegedly taken; describes items or property in a broad Sense;

It does not describe the property in specific terms, as this is Necessary in alleging property taken and to be able to show ownership of such property; because the specifics of such property must be given to identify the allege property in which is being allegedly reported to have been taken;

But the States Indictment fails to show this, in which fails to prove that the defendant had not only Committed the actual acts of entering the alleged building, but fails to prove the ownership to the or any of the alleged property; as their indictment fails to describe the allege stolen property;

In which makes the Indictment Invalid or Void;

And if an alleged Victim reports or states they have property in which was stolen;

Then that alleged Victim apparently and obviously would know the description of the property;

As in special markings to help identify it, as in Serial numbers, color, the brand of property, the make or model, and the amount of each alleged item taken;

But yet the State fails to prove this; in which is a defect of Substance; making the Indictment Invalid or Void, and must be Squashed with

predijuce;

In which the State Cannot amend the Indictment; meaning the State Cannot take such Indictment back to the grand jury and present them with an amended Indictment;

As the States Orignal Indictment, their Alleged Probable Cause, or and evidence depicted within their Indictment, an Indictment in which was presented to the Grand Jury with the accompanying evidence alleging the entering of a building and the taking of the allege property in which depicts no accompanying evidance of any video survellance, witnesses or land any description of the alleged items taken;

So the Indictment fails in proving the commission of a Building being entered by Mr. Gonzales, or any of the alleged property in which is said to be, or have been allegdly stolen to have been in the possession of the defendant;

And if such was allegdly true, and the defendant was found in possession of the allege stolen items;

Then the State Could only show prove and charge Mr. Gonzales with "Possession of stolen property".

But the State fails to show and prove that Mr. Gonzales was or had possession of any of the alleged property belonging to the alleged Victim,

because the State Cannot prove this vital Necissity in which is needed to charge Mr. Gonzales even with possession of stolen property because

Nothing, or No property in which Mr. Gonzales possessed within his person and/or Vechicle belonged to the alleged Victim;

because what property he did and does possess belongs to Mr. Gonzales.

So Mr. Gonzales is being held against his will and Cosent, and has been illegally restrained, illegally arressted, ~~and~~ as human trafficking had occurred on Several of unlawful arrests regarding this alleged, but falsified, Criminal, fabricated and cooked up charge(s),

i.e. In which the initial or/and First Contact in which was made with Mr. Gonzales in regards to this Falsified and Fabricated charge was on July 05, 2022 at the Dollar store on Waylon Jennings in Littlefield, Tx; as the video Surviellance within the dollar store and surviellance outside the dollar store, as well any video Surviellance from Surrounding homes, and the Store employees, as well the customers, whom were within the Store at the time of Contact with Individuals whom Mr. Gonzales still till this day does Not Know if they are or were employed with any law enforcement;

Due to these three individuals whom were at the dollar store had Never once stated they were employees of any law enforcement;

Nor did they ever state in the beginning of the Contact before they began slandering Mr. Gonzales in front of the public, as customers [illegible]

that they were making Contact in order to investigate or ask qustions in regards to the alleged Burglary of a Building;

But instead these induduals started with a white male, 5'9", 210lbs, with glasses, kaki pants, black collared shirt with or carrying a side arm had walked or entered the Store as ~~the~~ Mr. Gonzales was at the cash register asking for a pack of ciggarettes, but was unable to purchase the ciggarettes due to Mr. Gonzales not having any identification to show his age;

In which he has not had, other than his TDCJ Id since being released from TDCJ on Parole on September 2020 and also bail from a Theft of property charge from Lubbock County stemming from the year '2018;

But this Caucausian male had then looked at Mr. Gonzales and stated "Can you come outside?";

Mr. Gonzales had exited the store and had noticed a black Pick-up parked behind his Land Rover, and two other induviduals standing outside next to his Land Rover, as one was a tall, older male dressed all in black, and a short, white female wearing a black jacket;

As Mr. Gonzales had gotten close to his vechicle, the other two induduals whom did not identify themselves had then surrounded Mr. Gonzales, as he then had the Stores wall to his back;

When the white male whom had entered the store and asked to speak with Mr. Gonzales (in which from this point forward we will refer to Individual #1);

As Individual #1 stated excitedly and out loud, as he had recieved the attention of onlookers, had then blurted out "I know right now you have the back of your car filled with tools; I know it is filled with Snap on tools, I know that you have stolen tools in the back of your car!!";

Mr. Gonzales replies "who the hell told you I have stolen ~~tools, and~~ its in my car right now?";

Individual #1 states "I know, I know because they told me, they told me the back of your car is filled with stolen Snap-on tools, they told me!";

Mr. Gonzales replies "who told you, who is they, and whoever told you is lying";

Individual #1 states "I have video showing you and your vehicle"; as he then looks at my person up and down, observing my clothes, as if to use his ctactic of notice or observing or analyzing what I had on to then utilize it as a method or tactic in which as it was executed in front of my person, and as I had obviously noticed this act, that it was suppose to somehow make my person nervous or anxious of some sort, as if to state or insinuate by his act he had noticed something material to what he was about to say; As he continued to state

"You even have the same clothes ON".

Mr. Gonzales replies "what video, where is this video, and if your saying you have a video of my person and my car allegelly committing these acts, them why are we talking, then why aint I being arrested, or a warrant for his arrest if they had such proof, [illegible] really a video of Mr. Gonzales committing the acts he was being accussed of, but instead he knew they were "Fishing", a criminal act on top of already on an unlawful detainment in which had turned into an illegal seizure; as it was obvious he was detained or (and illegally being restraint; as his movement to move about freely was obviously being constricted or obstructed by these three individuals whom had him surrounded, as they encircled him, or (and were blocking him from moving about freely.

But at this time Mr. Gonzales had begun to get agitated with these individuals calling him a thief, and in which such slander being heard by the general public was causing defamation of character, as well defamation against Mr. Gonzales livelyhood, against his bussinesses, as the public whom were potential customers, and whom were witnessing this incriminating and yet illegal scheme being acted out by these persons whom were accussing him of being a thief;

As Mr. Gonzales was being publicly shamed in front

Of his peers;

Peers whom without recieving or obtaining any knowledge of correction what they had seen; would most definetly notice or recall such defaming and shameful event and picture Mr. Gonzales as this thief in which would and will ultimately hurt his bussinesses, and/or from obtaining any futher contracts or land jobs with his peers;

When Mr. Gonzales had Enough and replied "okay," and took out his keys from his pocket and walked to his car, as Individual #1 backed up and Mr. Gonzales unlocked his car and had then opened up his driver side passenger back door, and ~~walked a~~ took a few steps back and stated to Individual #1 "look", gesturing for him to look inside his car.

As Individual #1 then walks to the open car door and looks inside, as his facial expression(s) changed; as he noticed the opposite of what he was accussing Mr. Gonzales of was apparently false;

As individual #1 had then began to look in every crevice of the back of Mr. Gonzales's car, in which Mr. Gonzales had then walked back to the open door and began to close it, knowing what he was now committing was illegal,

As legally he was proven wrong, as Mr. Gonzales did contain the back of his vechicle full or jammed pack with snap on tools,

Individual #1 began to search ... to search

for anything, an act in which was and is Criminal;

As Mr. Gonzales had satisfied his accussers by showing them they were misinformed or/and obviously had the wrong person, in which the obvious observation revealed they were wrong;

In which in Legal terminology or meaning; [illegible] the acts of Mr. Gonzales [illegible] to his accussers they were mistaken, he legally satisfied the burden of proof;

In which then ~~this~~ in Legal perspective of the Law, ~~this illegal detain then this already illegal unlawful~~ this unlawful seizure had legally become moot; even if it was legal to begin with; Legally this so called qustioning and/or seizure had legally ended, and Mr. Gonzales legally was free to go as he pleased;

But Individual #1 then stated "whats that?"

As Mr. Gonzales replies thats not a Snapon, thats a Hitachii impact";

Then Individual #1 is becoming to agitate even More, as he says "whats that";

Mr. Gonzales says "thats a pry bar", as he closes the door to his car and locks it.

Induvidual #1 states "But your still going to jail";

As Mr. Gonzales replies "I'm not going to jail";

Then induvidual #1 states "yes you are, your going to jail for theft";

~~th~~ As Mr Gonzales replies/asks "going to jail

For what?";

Individual #1 states "Your going to jail for theft";

Mr. Gonzales replies "theft of what?";

Individual #1 replies "I know you did it, they told me you did it, they told me, they told me you had the back of your Car Filled with stolen tools";

Mr. Gonzales replied "what stolen tools, I just showed you, and you had just seen yourself";

Individual #1 states "I don't care, your still going to jail for theft";

Then Mr. Gonzales makes his way to his vechicle, when Individual #1 then states (to the other two whom were surrounding him) "Get him"; as they three converged upon Mr. Gonzales and the two male individuals had then grabbed Mr. Gonzales from the back, each grabbing an arm of Mr. Gonzales and had pushed Mr. Gonzales against the wall of the store, as they both applied pressure against his back and put him in handcuffs; in which then he was placed behind the seat of the black truck whom was parked behind his car,

As Individual #1 stated "give me the keys to your car";

Mr. Gonzales Stated angrily "I aint giving you shit";

Individual #1 stated "If you dont give me the keys to your car, I'm going to get a wrecker come pick it up";

Mr. Gonzales replied "I aint giving you my Keys to my Car";

As Mr. Gonzales knew he had done nothing wrong, and knew that whomever these individuals were; and even with presuming they were law enforcement;

They still had no Legal Standing authority, rights or Legal ramification/merits/grounds to have been demanding for Mr. Gonzales's Keys to his vechicle, Nor to have a wrecker and illegally have Mr. Gonzales's Vechicle towed from the parking lot of the Dollar Store; a public area/parking to citizens;

And as Mr. Gonzales had not committed any Crimes whatsoever;

especially no crimes against or to the Dollar Store; as no law enforcement was called by any member of the store in which implicated Mr. Gonzales Committing a crime; in which would of legally given law enforcement authority to come upon such property; property in which normally would be restricted to law enforcement from just entering the property in order to execute an arrest upon an individual whom had a warrant for his arrest;

As the such law enforcement would have legally ~~legally~~ Needed to obtained a Search Warrant with ~~of~~ the Dollar Store being the target or object of the Search Warrant; in which such Search Warrant would also have Needed to state they were needing to enter such premises in order to search and seize Mr. Gonzales whom was within the property; in

which the Search Warrant would also have needed to name a person from the dollar store whom could or had authority to authorize permission to law enforcement to have entered the building and or property in order to seize Mr. Gonzales if he did have a outstanding warrant for his arrest; but he did Not have No active warrants whatsoever;

And the presumed law enforcement, if you may refer them to that did not have No Search warrant with them to have entered upon the property; especially with the obvious and apparent intentions of arresting him from the beginning;

So these individuals had committed, and were committing crimes Not only upon and against Mr. Gonzales, but also against the owner of the dollar store, the managers and employees of the dollar store; citizens of the United States, against the dignity of the State, and the United States, by executing their criminal scheme in depriving Mr. Gonzales and others of life, liberty and property or land the pursuit of happiness by the unlawful infringement of the government and or by its employees;

As Chapter 1, General Provisions, Statue 1.06 - Searches and Seizures - states "The People shall be Secure in their persons, houses, papers and possessions from all unreasonable Searches and Seizures; as No Warrant to search any place or

property, or to seize any person, or thing shall issue without describing them as near as may be, nor without probable Cause supported by oath or affirmation;

And No persons Constitutional rights, immunities, privledges or laws in which are IN place to protect citizens from the unlawful intrusions of from the government or it's employees shall be committed under the Color of law, or/and purporting to be under the color of law;

As this is a Crime, a Felony in itself; a Crime ON top of what has already been Committed against a person by an alleged Public Servant;

As the consequences carries a term up to life, even the death sentence, for just ONE single act against any person.

And Chapter 14 of the Texas Criminal Code of procedure, Statue 14.01 - "OFFENSE WithIN VIEW" States (a) "a peace officer or any other person may without a warrant arrest an offender when the offense is committed in his view or presence, if the offense is classified as a Felony or a breach to the public peace".

But as Mr. Gonzales had No active warrants, Nor did they have a Search warrant, and Mr. Gonzales had NOT Nor did NOT commit a crime, a Felony

before or within the View of the presumed Law enforcement;

"So these individuals had No Legal authority to have Committed any of the acts they had ~~done~~ executed! ON July 05, 2022 ~~at~~ while Mr. Gonzales was at the Dollar Store Shopping or purchasing Ciggarettes.

As the events in which occurred reveals Nothing more than an obvious Criminal Scheme, a Scheme in which involves So Called Public Servants whom are to protect and Serve the public;

But instead ~~you~~ we have individuals whom have been impersonating to be a public Servant as they misused and abused the false pretense of official Capacity they had Never held to begin with due to their engagement in Organized Criminal activities;

Criminal activities involving other false public Servants whom have also been impersonating to be a public Servant ~~within~~ whom are also depriving Citizens within those cities of Life, Liberty and property by their Criminal, terroristic and treacherous acts against citizens, the State and Nation;

In which legally makes such individuals to be traitors, as they are Committing treason.

"As No public Servant is to have their name mixed with any allegations regarding that public servant is involved in Criminal activities";

Because if a an alleged public Servant's name is somehow being stated that they are involved in Criminal activities; then automatically that alleged public Servant is to be investigated;

Because no public Servant should have their name being stated by another whom is alleging criminal wrongs;

because this shows that alleged public Servant is committing or involed in something he/she should not be;

And if this alleged accusation was untrue, then why is it only those stated names of alleged public Servants being pronounced to be criminals or/and crooked by Not just one victim, but numerous of victims whom state the Same overt act being or had been committed to them as well;

And another factor is; if ~~als~~ those accusations were untrue, then why are those being accussed of being involved are only being stated to be involved; and Not the other public Servants around or within their employment.

And it does not matter if theres 100 citizens 10,000 Citizens, or just 1 citizen; as long as 1 citizen is making a Criminal Complaint; that 1 complaint is enough to proceed with Criminal proceedings against any false public Servant;

And No District Attorney, State or Federal; Nor District Judge, State or Federal; and

No law enforcement, local, State or Federal Can or has the offical Capacity to change, add or misconstrue any of of Constitutional rights, immunities, priveledges and our State and federal laws;

As only our legislators have the offical Capacity to make and change our laws;

As well Congress.

And no Judges, law enforcement Nor District Attorneys have the official Capacity to stop any Criminal or Civil proceedings from moving forward;

As No District Attornys, Nor any law enforcement has the offical Capacity, ((mental capabilities) to be able to decide whom they can press charges upon or not;

As they do not have the legal authority to execute or decide this, as legally they are mentally handicapped; and such is only vested upon the Judges or and any magristrate;

Because Legally and by proper Criminal and Civil procedures; any complaint made to Law enforcement and the District Attorney is to be written up as a complaint and then turned in to the Judge whom upon probable cause has to issue (by law) warrants for the accussed.

So in the past, as well current; we as a Nation have been facing a trend within Our Judicial Systems in which we have been finding ourselves becoming victims to people whom impersonate themselves to be public servants;

Public Servants whom are to protect and serve the public, whom were taught of persons whom would lay down their own lives for others have become a Negative stigmatism upon our Society;

As it has become to the point where statistically majority of citizens whom are confronted or have an altercation with Law enforcement Feel or land suspect such contact with such peace officers is going to be Negative, as in harm being inflicted upon them due to the Alleged Stigmatism or trend or A phrase ~~called~~ being passed around as if to make a loop hole or diminish what has occurred to a citizen, or and to make it seem less harmful or Less criminal; as such words are "mistake of fact, mistake of Law, within the Scope of Law, fearing for their lives, unlawful and accountability"; but such words does not demean what criminal act in which has been committed to a United States Citizen;

As Such acts are treacherous, ~~act~~ as such persons are Not to be committing crimes as a public servant, much less of committing aggravated perjury

or/and lying to any person while or under the Color of law, or even purputing to be under the color of law;

As this is an automatic termination in or of their employment, as such actions had Legally breach their legal binding Contracts as a public Servant, forfeiting such employment at the time of such breach.

Individual #1 then states to the Female whom was or is wearing a black jacket "Take him in";

The Female replies "Take him in for what, what charge?"

Individual #1 states After a few seconds of pondering "Take him in for resisting arrest";

As Mr. Gonzales states to Individual #1 "Dont forget, your still going to pay for what you did to my babies, don't think I have forgotton, your going to pay for what you have done";

Individual #1 states excitedly to the Female "Get him out of here, get him out of here";

The Female closes the back door, and enters the driver side and begins to make her way to the hospital and she asks Mr. Gonzales "Do you need to go to the Hospital?";

Mr. Gonzales replies "Yes ma'am";

And while they are traveling to the hospital, the Female individual gets on her personal cell phone and ~~calls~~ makes a call, and states "I'm going to be taking him to the emergency room, hes wanting to be seen by the Dr."; They arrive at the hospital and the same other two male individuals from the dollar store also arrive; Mr. Gonzales is escorted inside the hospital and is taken to the back into a room, as he is awaiting to be seen by the Dr; whom then states to Mr. Gonzales "they will be taking X-rays of his back and neck to make sure there are No fractures or breaks"; Mr. Gonzales is taken to the X-ray as the Female individual is with him the whole time, as the other two males stay in the front entrance; X-rays are taken of Mr. Gonzales's back and Neck, as well his head; After the X-rays Mr. Gonzales was informed that everything looked well, so he was then discharged from the hospital and then taken to ~~the~~ ~~[illegible]~~ Lamb County Jail; As he was being booked IN; the Female individual was having a hard time with the charge; As then walked IN Individual #1 whom then begins to look on the Computer and states while pointing to the screen, "that one, charge him

with that one, as Individual #1 states "Resisting, arrest / detainment / transport"; a misdameanor charge.

As Mr. Gonzales then asks Individual #1 "How the hell are you charging me with resisting arrest, when I was not being placed under arrest to begin with; And if I'm resisting arrest, then where the hell is the other accompanying charge or warrant in which I was allegdly being put under arrest to begin with, in which then I had allegdly resisted arrest or was resisting arrest from such charge; how can I resist arrest from resisting arrest; that don't make sense";

Individual #1 looks at Mr. Gonzales and just walks out like a bitch, a pussy ass weak hoe whom is hiding and running away from the Criminal activities he is involved with other imposters within our Communities and surrounding areas.

Mr. Gonzales is then changed out and then placed in detox after he had made phone calls to his family whom were upset and whom stated to him "why dont you listen, why did you go out, you already know that these cops are doing this stuff to you on purpose, you know they are after you, look at all the stuff they have been doing, you know their watching you, waiting to do something";

Mr. Gonzales is awaken the next ~~morning~~ afternoon in order to be ariaigned by Felix Klein;

Felix Klein states Mr. Gonzales's bond is set at $5,000 for a misdameanor of "Resisting arrest";

A first charge against Mr. Gonzales within this County; in which is absurded and obviously Excessive.

Mr. Gonzales then states to Felix Klein "How am I being charged with resisting arrest, when I was not under arrest, or being put under arrest for any charge or and warrant; I have to be under arrest or being put under arrest for a charge or a warrant in order for my person to have then committed acts in which could or constitute that I was evading or resisting ~~around~~ arrest?";

Judge Klein stated "I don't know" as he shrugged his shoulders and had then left.

But by law, as Mr. Gonzales had informed the Judge ~~that~~ of information in which revealed his innocence; as the evidence revealed to Judge Klein was not only material ~~but~~ to the liberation of Mr. Gonzales, but what Mr. Gonzales stated to Felix Klein was evidence that a United States Citizen was and is being held against his will and Cosent; that a Citizen was illegally arressted while serious bodily harm was inflicted upon him by persons whom are impersonating to be a

public Servant; as the acts of Aggravatted assault with a deadly weapon, Aggravatted kidnapping with a deadly weapon, Aggravatted assault(s) with a deadly weapon in order to commit multiple felonies, unlawful Search and Seizure, unlawful arresst, unlawful detainment, unlawful incoceration, unlawful entry upon the property of the Dollar store, Burglary of a building, 5 counts of a Burglary of a Vechicle, 5 counts of a Grand theft of an automobile, official oppression, malicious prosecution, prosecutorial misconduct, fabrication of evidence, fraud by deception, forgery, tampering with goverment records, aggravatted perjury, simulating legal process, fraudalent documents through deception, engaging in Criminal activities, intentional deprivation of a persons Civil rights, immunities, Privetedges, and laws under the color of the law, Conspiracy to deprive a person Civil rights, treason, torture, Cruel and inhumane treatment, cruel and inhomane punishment, acts of war, Solicitation into or of a Criminal organization of terrorists and human trafficking as Mr. Gonzales had just stated material evidence in which proved his innocence; in which by law Judge Klein upon his own motion had to legally set Mr. Gonzales free; As it was and is obvious the resisting Arrest charge was and is a hoax, fabricated

and docketed by terrorists whom falsify themselves to be public Servants.

As within the Texas Criminal Procedure Chapter 7, statue 7.01, Proceedings before a Magristrate to Prevent OFFENSES - Shall ISSUE Warrant - States whenever a magristrate is informed in any kind of form or manner that an offense has occurred or is about to be committed against the person or his property of the informant, or of another, or that person has threatened to commit an offense, the magistrate shall immediately issue a warrant for the arrest of the accused;

that he may be brought before such magistrate or before some other named within a or the warrant.

Texas Criminal Procedure Chapter 6, Statue 6.03 - ATTEMPT TO INJURE - States whenever in the presence or within the observation of a magistrate, an attempt is made by one person to inflict an injury upon himself or to the person of the property of an another including the person or property of his spouse, it is his duty to use all lawful means to prevent the injury. As this may be done by lawful order to any peace officer to interfere and or to prevent the injury, or by the issuance of an order of an arrest against the offender, or by ordering and or calling upon any and all persons whom may be around to assist or /and aid into the arrest of the offender, and

Texas Criminal Procedure, Chapter 6 - Statue 6.01 - WHEN Magistrate HEARS Threat - States it is the duty of every magistrate, when he may have heard, in any manner, that a threat has been made by one person to do some injury to himself or the person or property of another, including the person or property of his spouse, immediately to give notice to some peace officer, in order for that peace officer may use lawful means to prevent the injury; and

The Texas Criminal Procedure, as well in the Federal Criminal Procedure states that any person may draw up any Civil or Criminal Complaints in which States the trespassers / actors, the statues or / and penal codes in which have been breached, or / and if penal codes is unknown, then to describe the offense as close as possible,

In which then the complaint may be filed within the appropriate district Court of where the offenses had or were Committed; or any District Court whom may be close to the County of the Complaintee;

And file such Complaint within the Courts in which will then be filed with or to the District Judge whom has jurisdiction, or to any magistrate whom upon analyzing the Complaint, and if such probable cause exist, then such magistrate must by law issue warrants for the accused, and

A judge of the district or of the County Court who has knowledge that any person is illegally confined or restrained in his liberty within his District or County may, if the Case be one with his jurisdiction, issue the writ of Habeas Corpus and any motion done for the same. (Tex. Crim. Proc. Ch. 11. §11.16)

So when Mr. Gonzales had informed Judge Felix Klein of Lamb County (whom was arraigning him at the time) of the obvious and apparent criminal activities, and material evidence, as in the legal definition of what resisting arrest is;

And yet failed to fullfill his duties as he is obligated, and as he has sworn under oath to fulfill under our God; as well his Code of Conduct, Code of professionalism, and ethics; he knowingly, willingly, and intentionally forfeited his legal binding contract as a public servant, as he had apparently failed to uphold the law as he was sworn to do and had knowingly left a United States Citizen to be illegally incacerated, as Mr. Gonzales is and has been held in Lamb County Jail against his will and consent;

a known and intentional deprivation of his civil rights, immunities, privledges and laws in which are guaranteed and in

in place in order to protect citizens from the unlawful intrusions of the goverment and its employees.

Mr. Gonzales had posted bail on July 20, 2022, and when released he was also given documents of an alleged Search warrant for his vechicle; In which the warrant states the Land Rover is or was located at the Lamb County Sherriff's office; in which stated was to be searched for items linking Mr. Gonzales to the theft of property;

But Mr. Gonzales had shown these allege public servants the inside of his vechile in which revealed he had no items whatsoever, nor did they have probable cause to even obtain a warrant for seizure of his vechicle, as if they did, they would of had probable cause to have obtained a warrant for his arrest for a Burglary of a building;

So these persons had no probable cause to have obtained an

Indictment For Burglary of a Building.

Must less probable Cause to have obtained a Petition For a Civil Forfeiture of the defendant's Land Rover; Nor did they ever obtain a Search warrant to have taken his Car from the dollar Store and to the Lamb County Sheriffs office ON July 06. 2022

when they Falsified the illegal charged of resisting Arrest.

[signature]

defendant

Pro SE

So these Fake ass people Commited Grand theft auto, Burglary of a vechicle, unlawful incarceration and Human Trafficking.

The defendant also has Private Criminal Complaints in relation to this Case in Federal Courts;

Defendant was Never given notice of this grand jury empaneling, in which by law he was suppose to get such Notice in order for him to be present. To say his behalf

NA

Prosecutor # 22-1225

Cause No. DCR-6279-22

FILED FOR RECORD
2022 JUL 28 PM 2:40
DEBBIE LONG
DISTRICT CLERK
LAMB COUNTY, TEXAS

The State of Texas vs: **LOUIS FRED III GONZALES**

Bond: 25,000

Charge: BURGLARY OF BUILDING
30.02(c)(1) PENAL CODE
FS

154th District Court
Lamb County, Texas

IN THE NAME AND BY THE AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Lamb, State of Texas, duly selected, empaneled, sworn, charged, and organized as such at the July Term A.D. 2022 of the 154th Judicial District Court for said County, upon their oaths present in and to said court at said term that:

**LOUIS FRED III GONZALES**

False Charge

Hereinafter styled Defendant, on or about the 06th day of July, 2022, and before the presentment of this indictment, in the County and State aforesaid, did:

then and there intentionally and knowingly enter a building or a portion of a building without the effective consent of Gerardo Sandoval, the owner thereof, and attempted to commit or committed theft of property, namely tools, mechanical equipment, welders, and pressure washers, owned by the said Gerardo Sandoval;

False

PUNISHMENT ENHANCEMENTS

False Charge

And it is further presented that, prior to the commission of the charged offense (hereafter styled the primary offense), on the 19th day of March, 2004, in cause number A14207-0110 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft of Service, $1,500-$20,000;

False Charge

And it is further presented that, prior to the commission of the primary offense, on the 23rd day of April, 2007, in cause number 4211 in the 154th District Court of Lamb County, Texas, the defendant was finally convicted of the state jail felony of Evading with a Vehicle;

True charge

And it is further presented that, prior to the commission of the primary offense, on the 7th day of November, 2007, in cause number A17057-0612 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Evading with a Vehicle;

False Charge

And it is further presented that, prior to the commission of the primary offense, on the 1st day of December, 2009, in cause number A18135-0908 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

And it is further presented that, prior to the commission of the primary offense, on the 11th day of September, 2015, in cause number A19836-1412 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

TRUE AND CORRECT COPY OF ORIGINAL
FILED IN LAMB COUNTY
DISTRICT CLERK'S OFFICE

Prosecutor # 22-1225

Charge - Charges

And it is further presented that, prior to the commission of the primary offense, on the 11th day of September, 2015, in cause number A19837-1412 in the 64th District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Burglary of a Building;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20784-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Forgery of a Financial Instrument;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20820-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft <$2,500 with Prior Convictions;

And it is further presented that, prior to the commission of the primary offense, on the 28th day of January, 2019, in cause number B20764-1806 in the 242nd District Court of Hale County, Texas, the defendant was finally convicted of the state jail felony of Theft $2,500-$30,000;

AGAINST THE PEACE AND DIGNITY OF THE STATE.

Harrell Lowe
Foreman of the Grand Jury
July TERM 2022

This Indictment Contains 8 Felony Charges in which are False, Fabricated by Corrupt imposters; the Same Individuals whom are involved with the Current False incarceration, and the past 4 years TDCJ, As the Victim(s), the Banks stated they Never Pressed Charges, or involved the D.A. or H.C. 64th District Attorney office.

Law Enforcement Agency: LCSO
Date Of Arrest: 08/01/22
Time of Arrest: 15:05
Place of Arrest: 3001 CR 84 Olton TX 79064

Court #
County/State: Lamb TX
Warrant # DCR-6279-22
Bail Set: $ 25,000 / FS AS PER WARR.
( ) Special Conditions of Bond:

HAS A PROBABLE CAUSE AFFIDAVIT BEEN FILED? ☐ YES ☑ NO

## MAGISTRATE'S WARNING FORM

THE STATE OF TEXAS §
COUNTY OF LAMB §

Before me, the undersigned, magistrate of Lamb County, Texas on the 2 day of Aug. '22, at 2:00 O'clock AM/PM, appeared Gonzales, Louis. I gave said person the following warning:

☑ You are charged with the offense of Burglary of a Building ☑ a felony ☐ a misdemeanor
☑ You have the right to hire an attorney to represent you.
☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.
☑ You have the right to remain silent.
☑ You are not required to make a statement, and any statement you make can and may be used against you in court.
☑ You have the right to stop any interview or questioning at any time.
☑ You have the right to an examining trial (felonies only).
☑ You have the right to request appointment of counsel if you cannot afford counsel.*

**THE MAGISTRATE SHALL ENSURE THAT THE PERSON IS INFORMED OF THE FOLLOWING PROCEDURES:

A. That an application for a court appointed attorney must be completed to determine if he/she qualifies for a court appointed attorney;
B. That reasonable assistance will be provided to him/her when filling out the application for a court appointed attorney, if needed;
C. That a financial affidavit must be signed;
D. That an affidavit is a written or printed declaration or statement of facts made voluntarily and confirmed by oath before a person having authority to administer such oath;
E. That if he/she meets indigence standards he/she will qualify for court appointed attorney; and,
F. Attorney should attempt to contact him/her by the end of the first working day after appointment and to interview him/her as soon as practicable after appointment. If appointment is made when the accused is before the court, the accused will be given attorney's name, address, and phone number.

If you are not a United States citizen and you have been arrested or detained, you may be entitled to have us notify your country's consular representatives here in the United States. Do you want us to notify your country's consular officials?

☐ NO ☐ YES

☐ If you responded "YES", what country?

If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

THE ACCUSED DOES / DOES NOT (circled) WANT TO REQUEST A COURT APPOINTED ATTORNEY.
Circle One LG

I acknowledge that I was given the above warning (This is NOT an admission of guilty)

[signature]
Person Warned

[signature] Walker
Magistrate

Place of warning: LCSO
Time: 14:00
Date: 2 AUG 22
Witness (If any) [signature]

Accused refused to sign acknowledgement of warning:

Magistrate Remarks:

This hearing was interpreted by:
(Name of Interpreter)

Special Needs: NO

English: ☑ YES ☐ NO
Defendant's Language:

Enforcement Agency: Castro County
Date of Arrest: 08-09-22
Time of Arrest: 17:14
Place of Arrest: Lamb County Jail

Court: Castro County Court
County/State: Castro, TX
Warrant #: M08092022216
Bail Set: $ 1,500
MB
( ) Special Conditions of Bond:

HAS A PROBABLE CAUSE AFFIDAVIT BEEN FILED? ☐ YES ☑ NO

Castro Lamb Hale Lubbock Federal building Public Complaint

MAGISTRATE'S WARNING FORM

THE STATE OF TEXAS §
COUNTY OF LAMB §

Before me, the undersigned, magistrate of Lamb County, Texas on the 10 day of AUG '22 at 2:15 o'clock AM/PM appeared Gonzales Louis. I gave said person the following warning:

☑ You are charged with the offense of Driving While License Invalid w/ prev a felony/ misdemeanor.
☑ You have the right to hire an attorney to represent you.
☑ You have the right to have an attorney present prior to and during any interview and questioning by peace officers or attorneys representing the State.
☑ You have the right to remain silent.
☑ You are not required to make a statement, and any statement you make can and may be used against you in court.
☑ You have the right to stop any interview or questioning at any time.
☐ You have the right to an examining trial (felonies only).
☑ You have the right to request appointment of counsel if you cannot afford counsel.*

State habeas corpus
Federal habeas corpus

**THE MAGISTRATE SHALL ENSURE THAT THE PERSON IS INFORMED OF THE FOLLOWING PROCEDURES:

A. That an application for a court appointed attorney must be completed to determine if he/she qualifies for a court appointed attorney;
B. That reasonable assistance will be provided to him/her when filling out the application for a court appointed attorney, if needed;
C. That a financial affidavit must be signed;
D. That an affidavit is a written or printed declaration or statement of facts made voluntarily and confirmed by oath before a person having authority to administer such oath;
E. That if he/she meets indigence standards he/she will qualify for court appointed attorney; and,
F. Attorney should attempt to contact him/her by the end of the first working day after appointment and to interview him/her as soon as practicable after appointment. If appointment is made when the accused is before the court, the accused will be given attorney's name, address, and phone number.

If you are not a United States citizen and you have been arrested or detained, you may be entitled to have us notify your country's consular representatives here in the United States. Do you want us to notify your country's consular officials?
☐ NO ____ ☐ YES ____
☐ If you responded "YES", what country? ____
If you are a citizen of a country that requires us to notify your country's consular representative, we shall notify them as soon as possible.

THE ACCUSED DOES / DOES NOT WANT TO REQUEST A COURT APPOINTED ATTORNEY. (DOES NOT circled)
Circle One LG

I acknowledge that I was given the above warning (This is NOT an admission of guilty)

[signature]
Person Warned

Accused refused to sign acknowledgement of warning

Magistrate

Remarks:

Special Needs: NO

[signature] Timothy A. Walker
Magistrate

Place of warning: LCSO
Time: 14:15
Date: 10 AUG 22
Witness (if any): [signature]

This hearing was interpreted by: ____
(Name of Interpreter)

English: ☑ YES ☐ NO

The defendant, or Mr. Gonzales has also Filed Several Motions with Lamb County District Court-house IN the 154th District Court inorder to "dismiss for want of Prosecution" "Motion to Squash Indictment", "Motion to reduce Bail" and two Seperate Private Criminal Complaints with the Courts ON August 6, 2022; but yet to recieve any reply or answer to his motions or filings of his Complaints; to this date it has been over 30 days.

And Mr. Gonzales has also Filed Complaints with the Hale County District Courts in or about August 06, 2022, but also yet has to receive any response of such receipt of his Complaints.

To this date is over 30 days with no answer.

Chrystal walker RCPS had informed the Family some of the Covenant Hospital employees and Plainview P.D. [illegible] had purposly committed acts to keep the family at the hospital in order for C.P.S to come up with something in order to take our Newborn babies

ON July 06, 2022 after the unlawful and Fabricated charge of resisting arrest; Individual #1 had ordered that a wrecker be called to pick up the land Rover from the dollar store parking lot, a public area, and it WAS taken to the Lamb County Sheriffs office;
IN which WAS illegal, criminal, treacherous, terrorlistc, because they had NO legal means to have gotten a wrecker to pick up my car and bring it to the Lamb Co. Sheriff's office, as this is Burglary of a vechicle, but also Grand theft of an automobile, unlawful Search and seizure of not only of mr. Gonzales in which Constituted the Commission of Human trafficking, unlawful incocerating, aggravated kidnapping with a deadly weapon while Commiting Serious bodily harm in which resulted to Mr. Gonzales taking X-rays at the hospital,

But they also intruded illegal upon the dollar store property without obtaining a Search Warrant first, but Mr. Gonzales did not have any warrants nor did he commit any Felony Crimes in front of any peace officer in order to have arrested him "without a warrant", but NONE of this had or WAS the ~~act~~ reason(s);

As the citizens within the dollar store had and were Victims of this illegal intrusion, as their expectation of their rights to / of privacy were breached.

So Lamb County Sheriff deputy "Weston" had with maddox, Scott say, Klein, the older man, tall and younger deputy, skinny, tall had and were all involved in this organized criminal organization, as they all took part into this Scheme into

depriving Mr. Gonzales of Life, property, Liberty.

Mr. Gonzales was also illegally arrested at hom by these individuals whom had a warrant due to an Indictment ~~a few days~~, obtained a few days prior, at the July term of the grand jury empaneling;

A week after bonding out of Lamb County Jail, when he also was given a personal bond signed on 7/06/22, im which by law he was automatically was suppose to be released as he was arrested without a warrant on a misdemeanor, and a fabricated misdemeanor at that, but was Not released, but kept in Jail until he bonded out on 7/20/22 with T&M Bonding, as the P.R Bond was an order by the Judge, but was Not obeyed, in which constitutes the additional crimes of holding a person against their will for ransom, a Capital offense as being Committed by False publice servants, life Imprison without parole and/or death sentence.

Also Mr. Gonzales was Not given Notice of a ~~grand jury~~ empaneling of a grand jury

being empaneled for an Indictment of a Burglary of a building;

In which by law the Scott Say, Felix Klein and the False pigs connected to this would have Known that a Notice was to be sent or served upon Mr. Gonzales at his residence in order to provide him a Chance to retain Counsel or (and) for him to be present in order to Liberate himself from the accussations being made of him;

But No official Notice was given to him, Nor did he Know of the charge, Nor had or was he charged with the Burglary of a building.

In which makes the Indictment Invalid, and proves the engagement of Criminal activities within our Judicial Systems by terrorists whom are Committing the Same overt acts against other Citizen(s) within our communities, they are traitors, Legally terrorists.

[signature]

And Mr. Gonzales also has witness whom can verify his wherabouts From July 05, 2022 - July 06, 2022 prior to the illegall arrest at the dollar Store.

[signature]

Pro Se

And phone Records, as texts message which wil verify Mr. Gonzales departure to Littlefield ON 7-05-22 (the evening).

and the text message after Not returning from the dollar Store by the family and other witness

I E G A L

additional Evidence, As they are my Sister, brother-in-law and Nephews.

On or about the year of '2015 or '~~2017~~, the Plainview P.d, hale County D.A - Wally Hatch, Hale County Judge Kregg Hukill, and numerous so-called peace officers from the Plainview P.d had illegally obtained an invalid and illegal Search Warrant on the resident's home of Angela Gonzales and Gilbert Garcia, as well at the time their boys whom were 15 years of age and 8 years old were at home at 1613 Oakland Street, Plainview TX when an Home invasion was committed by Numerous False public Servants whom were said to be Searching for Drugs, but their so called informant is a known drug addict, and has cases for drugs;

And this so called informant was stopped after an alleged traffic Stop, a traffic stop that for Some reason lead for this informant to be pulled out from his vechicle as an illegal Search was conducted upon him as they coincidentally found drugs on him;

Drugs in which he stated was bought from the residence mention on the beginning;

In which these hoes had then acquired

an invalid Search warrant based on an informant whom should not have been able to utulize or trust his statement, as it was obvious he was allegly busted for drugs, so this informant legally should not hae been used as a persons evidence, because its already illegal to use a person whom is a known druguser, as such person can be manipalated to say anything for money and freedom, and so by law cannot be used to obtain or warrant or be considered a credible person.

But an ~~Ileg~~ Home invasion was committed by these pussies, these fagits whom suck on each other's Dick, beause they are tired about their wives saying they have a little dick, so these Fucking Femine asspussies spend their off time following and watching real men;

As whom is so worried that they need to watch men, men whom they have come to Fear, fear what they are doing;

This is when people know that something is wrong; something they hve been committing is more

than past criminal, they are terrorists.

But these individuals whom call themselves peace officers of the plainview P.d had searched this family's home, and their searched had turned up nothing;

These so called public servants began to accuse the residents of the household that they had to be selling drugs because how else could they have owned all the stuff they have;

As Angela stated "what is it any of your bussiness what we have, and who are you to be talking shit that we sell drugs, your just a liar";

Another false cop comes outside with a scale, and states "you know this is illegal to have, you are not suppose to possess this";

Angela states "If its illegall then why are you not arresting the people whom make them and sell them?";

The false cop states to the other false cops to arrest them for manufacturing and delivering; and their two sons were taken by C.P.S;

The Parents had to bond out on a 25,000 Bond each, and had to hire Terry Mechream, a fake public servant

whom used to be the Hale County D.A. until he had resigned due to being inuolued in the Tulia drug Scandel where he had wrongfully sentonced 187 citizens illegally to prison based on a fake ass cop whom said such citizens had sold drugs to this pussy ass cop.

The Parents had to Continue to be on C.P.S for over 5 years for this Criminal and illegal actvites of the pussy ass cops from plainview P.d, all whom are fagits and queers.

They are All traitors



Additional Evidence of The Same Overt Criminal Activities being inflicted upon Innocent U.S Citizens by a Particular Group OF Terrorists whom Have been Impersonating themselves to be Public Servants, and While hiding behind Past And Present Good People Whom Are Public SERVANTS And While Endangering THEIR LIVES

1. Mark Urioste - A U.S. Citizen whom WAS put ON probation and or Arrested in the year "2013" For a theft of Property he did Not Commit, but yet WAS followed by an Unmark Car by Jay Levingston For Some time, then a Marked Lamb County Deputy then pulls From the back of the UnMarked Car driven Jay Levingston whom then pulls the Car over driven by Mark, making an illegal stop, an unlawful Search and Seizure; as the Lamb County Deputy then Searches the Car and arrests both occupants without Probable Cause, but yet had audacity to Not only Slander but Falsly accuse Mark Urioste of theft of Property;

Property in which is Common Property; And yet the Deputy had No documents on hand in order to have been able to verify the property to prove ownership of it belonging to another;

As the Common Property in which WAS said or Alleged by the Deputy to be Stolen WAS a flashlight, and other miscellaneous items in which amounted to No more than $100.00 of its value if it were



bought brand new, but yet the so called Public Servant had arrested Mr. Urioste on a theft of Property charge on 10/13/13;

And as they had no probable cause, No evidence Whatsoever, especially documentary from the Victim describing the alleged Property, and as its Common property, it must state Serial Numbers in order to prove Ownership;

And even thought Mr Urioste was Not Found or was their Video Surveillance in which he was caught or was seen Commiting the offense of theft of property by actually ~~taking~~ going onto the property and taking the alleg ~~property~~ stolen property from the Allege Victims property;

But yet do this treacherous and terroristic Criminal activities by false pussies whom hide behind Something they know each day they put it on, that it dont mean shit, they shitted and spat on their own badges and the color of law; even continuing to impersonate to be a public Servant as others know its true, is disgusting to know that they See these false pussies amongst them, these fagits whom put them and their family in danger by their illegal and terroristic Criminal activities by inflicting intentional harm upon U.S. Citizens, their employers.

And as these False public Servants Fabricated evidence and under False oaths had implicated



False charges opon Mr. Urioste on 10/13/13; and these pussies, with the help of one of the main hoes here in Lamb County Felix Klein and Scott Say have knowingly, willingly and intentionally committed Human trafficking, aggravated kidnapping with a deadly weapon w/ the intention of committing multiple felonies and serious bodily harm while capalizing on the innocent lives of U.S. Citizens for their personal gain, a capital offense; the death penalty;

And not including the intentional deprivation of a person civil rights, immunities, privileges and our laws under the color of law; another crime in itself, on top of the other criminal activities committed, as the punishment is a term up to life in prison, or and the death.

And these false public servants all because they stated they found alleged stolen property inside the vechicle in which allegelly belonged to the alleged victim; then if it were true that the alleged items belonged to the alleged victim and the ownership could have been proven, then Mr. Urioste should or could only been charge with possession of stolen property; but if Mr. Urioste before coming into possession of the allege stolen property had known the property was stolen;

And as Mr. Urioste did not know the property was stolen or knew whom the alleged victim was, then Mr. Urioste could not have been charge even

with possession of stolen property;

But yet these terrorists had not only charged him with a false and fabricated charge Theft of Property, but also falsified two additional Theft of Property charges upon Mr. Urioste; offenses even dating back 6 months prior to his illegal stop and illegal arrest on 10/13/13;

And Mr. Urioste was forced to sign for two years on felony probation; Mr. Urioste had completed his two years on probation, as their was no ARP or MRPS filed against him through those two years in which meant he had successfully completed his probation; but yet Scott Say, Benjamin Diaz and Felix Klein had obtained an illegal modification of his probation by forcing, coercing him to sign a document of Mr. Urioste stating he was okay with extending his probation for the restitution in which was left or the remainder;

In which by law its illegal to continue, convict, or add additional restraints, as extending probation is as if he was being sentenced to prison again for the same crimes; as this was committed three times in total of allowing illegal extensions - double jeopardy

And court fines nor restitution are grounds to obtain a extension on probation;

As the defendant wishes to continue for

making paymints as he had been with the district Clerk when his probation has expired or Completed.
And Now his probation has an Expiration of April 15, 2022, but these terrorists had doctored or changed the Expiration date to August 15, 2022; in order to make it look that their warrant for an Arp was valid in which was issued by Felix Klein, in which he of all People should of seen the Expiration for probation, would and should have Not signed for the Arp, as an Arp is just a petition from the State, he still has to go to Court in order to be Convicted or revoked his probation, so his time still moves ON as if he is ON active probation.
And these fools are Now Sentencing him to 18 months State Jail.

2. Mr. Blake, an African American, late 40's, mid 50's, incarcerated also in Lamb County Jail, Pod or CELL A since the beginning of 2022 for a falsified Charge of Domestic violence, in regards with his wife.
But Mr Blake and his wife had an misunderstanding, one in which some person had called the Cops;
And when the Cops had arrived, the Lamb County deputies, they were informed by the parties they



just were having an argument in which got out of hand, and just needed some time apart to cool off,

But for some reason they took this as a sign in order to arrest Mr. Blake and brought him to Lamb County Jail; And has been incarcerated since then;

And when Mr. Gonzales had meet Mr. Blake in May 2022, they had filed a motion of Appeal and of dismissal of the forced, coerced and criminal activity of sentencing Mr. Blake to I.S.F for no less than 45 and no more than 180 days for no ~~legal~~ legal reason at all;

Mr. Blake had not violated any of his terms of probation; But yet these fools were utilizing the charge of Domestic Violence, a charge in which he was not convicted within a court of law, and the charge was also dismissed prior to these fools having Mr. Blake sign an illegal modification of his probation without a court hearing; as the Judge is the only person whom has authority to modify a defendant's probation;

And the or his female probation officer had made a terrorristic threat to Mr. Blake that if he did not sign for the illegal modification, that she was going to tell Benjamin Diaz to issue an AFD; (But yet for what?)

His charge was dropped, so why was he not released, but instead he was illegal held captive

Court of Criminal of Appeals, Seventh District, 11-19-2019
NO. 07-19-00356-CR, NO. 07-19-00357-CR, NO. 07-19-00358CR

Writ of habeas Corpus - B20764-1806, 4-14-2021
Gonzales v. State; NO. NO. 07-19-00356-CR; 11-06-19
Court of Criminal of Appeals - No. WR-90,440-09; Oct 28, 2020

Gonzales v. Balderas; (5th Cir. 2021)
Gonzales v. State (Tex. App. 2019)
Gonzales v. Balderas (N. D. Tex 2020)
Ex Parte Gonzales (Tex. Crim. App 2021)
Ex parte Gonzales (~~Tex. Crim. App 2021~~)
NO. WR-90,440-09 (Tex. Crim. App. Oct 28, 2020
Gonzales v. Lubbock County, Detention Center
5:19-CV-00272
2-01-21
Gonzales v. Balderas - Civil action
5:19-CV-275-M-BQ (N.D. Tex. Mar 17, 2020)

5:22-CV-211-H

5:22-CX-213 ~~270~~

5:19-CV-00272

Executed [signature]
9-17-21
Pro Se

against his will, against his Consent; as he had NO other hold against him to have been incocerated after the misdameanor charge was dropped; for NO MRP or ARP had been filed against him; So Scott Say, Felix Klein, Benjamin Diaz and the female probation officer are Criminals, terrorists and traitors, they knowingly commit human trafficking, preying on the innocent, on our children; they are the disease in which infects humanity, and they need to be killed.

3. Abel - a Lamb County inmate whom was on probation, was also illegally incocerated and being trafficked to 15 months of State Jail when he has Not violated the terms of his probation; but yet Scot Say, Felix Klein, Benjamin Diaz, Gary Maddox have been involved in an Organized Criminal Organization with other False public Servants whom Falsely represent themselves a Lamb County deputies, Hale County deputies, Plainview P.d, Individuals whom were within C.P.S and other fake Judges, D.A.s and Hale County, Lubbock County and Castro County; as they all work together engaging in Criminal activities as you will find the Connection between them by their acts and Ommissions.

As Abel also is being held illegally in Lamb County Jail on a Probation Modification, Not any ARP or MIRP, and is being Sentence to 15 months State jail, as Scot Say and Benjamin Diaz and Felix Klein utilize Ex Charge(s) that are pending againg Abel, charges in which he is on bond for as well, Charges in which he has Not been Convicted within a Court of law beyond a reasonable doubt by his peers, a Jury.

So Sentencing Abel to State Jail was illegal to begin with, and So abel had filed a Motion to dismiss the County's Fabricated lies; in which then Abel was taken back to Court and all of a Sudden, his bitch ass lawyer, another Pussy, a Bi lawyer whom Mr. Gonzales has Noticed to be 95% of the defendants lawyer within Lamb County; in which reveals its criminal scheme in itself, stating this lawyer is Not only crooked, but a pussy, a fagit, a hoe ass terrorists sucking dick like the rest of their group fighting over mecos; Preying on innocent U.S Citizens, on our little babies;

This lawyer of Abel's had then Stated to him in Court well we Can't Send you to State Jail because you have not been Convicted of the charges from Lubbock County; as you have to be Convicted of such crimes before they Can be used against you; so were going to Send you to Lubbock so you can get Sentence for those charges First, then bring you back

and Sentence you to State Jail;

As this statement was made by his lawyer IN Court, it revealed the Scandalous, mischievous, pathetic, incompetent and straight dumbasses these Feds are, like literally how stupid can you get? This is so disgraceful to other public Servants to know how so called Co-workers, friends have been putting not only Citizens lives in harms way but other innocent public Servant's lives as well, including their families; now thats Some pussy shit.

Well Abel is awaiting for this so called bench warrant out Lubbock to happen, but yet Abel even asks himself how is Lubbock Suppose to come get me when I have NO hold from them or and Warrant, as my bonds are still active;

Well a week later Abel and Johnathan are moved out of D-Pod and into C-Pod - Abel is housed in C-Pod for about two or three weeks before he is taken to Court again in Lamb County, and where his bitch ass lawyer, along with Benjamin Diaz, Scott Say and Felix Klein State they are going to Sentence him to State jail first;

But how stupid is that, when they were Confronted [illegible] about he not being Convicted of any Crimes for him to be Sentenced or revoked of Probation to have occurred.

This is only they then stated they Couldn't send



him to State Jail because he was not Convicted of the alleged Charges; but were Sending to Lubbok in order to get Convicted and then sentence him to State Jail;

And Now how they purposely Seperated these victims From others whom were assisting them IN gaining Knowledge that those fools were railroading them, and their allege public defender(s) were and are Criminally involved.

4. Christopher - A Lamb County inmate whom is being held against his will and consent by the Same pussies whom falsify themselves as public Servants; had and Criminally Conspired against Christopher, an african American male, 41 years of age, a Littlefield, Tx resident was falsly or illegally arressted IN July 2022 For a fabricated charge of Criminal Trespass, as he was within an Apartment, an Apartment ~~with~~ whom he also had worked together with the tenant and Numerous of jobs within the apartment Complex of this alleged but fabricated Criminal trespass by the Lamb County deputies, Scott Say, Benjamin Diaz and Felix Klein whom all were advised by Christopher; including his pussy ass lawyer; that he did Not Commit No Criminal trespass;

Because for the Commission of Criminal trespass to have been committed, the owner must first have been given Notice prior to the Current act of the allege Criminal trepass

that he/she, or the actor was not wanted upon such premises, as the actor must have been served with a notice, and or there must have been a sign stating outside of the premises, No Trespassing, where such sign could have been noticed by all and any spectators whom would of noticed such warning;

And the actor must have been warned by the owner of an / a multiduplex housing of such tresspassing was forbidden;

And Mr. Christopher also had previously and to this date would do work for the apartment complex;

So it is his defense as well due to previous jobs upon and for such complex, he had no prior criminal tresspass upon him, In order for this fabricated charged of criminal tresspass to be implicated upon him;

But yet these dirty cock suckers had even stated to Christopher in Court as they joked about it in front of him, stating "well what can we say, thats the law";

as these Criminals, these Fucking pussies whom walk around thinking highly of themselves aint Nothing but a bitch, a Coward and a terrorist.

As they had Convicted him illegally of Criminal Trespass, these so called Neighbors, Country Men, Citizens whom are selling out their own people For their own personal gain; as they Sentence this Man to 6 months Rotc, as he is also being trafficked by Corrupt illegal wanna be public Servants whom Forfeited their employement, a Legal binding Contract long ago when they breached their Oaths, their Ethics, Code of Conduct, Code of Proffessionalism and Civil/Public duties; as they are Not Protecting Nor Serving the Citizens whom they are Sworn to Protect, Instead they are commiting Crimes against their Employers.

5. Johnathan Ramirez - a youngster, in his Early twenties was also unlawfully arressted on False charges by Reggie Holmes, Stating Mr. Ramirez had broke into a Car and Stold a shotgun;

But yet the alleged Victim had never made a report to the Olton P.D, and Reggie holmes Stated to Mr. Ramirez that they had a video

of him Committing the alleged Crime, but when his grandparents and others watched this video at City hall in Olton, they had said that was Not Johnnathan, and the person within the Video was Not Seen Committing any Criminal Acts;

But yet the Olton P.d had still pursued Criminal Charges against Mr. Ramirez.

These induviduals had also obtained a Coerced modification of Mr. Ramirez's Probation based on Fabricated evidence by Reggie Holmes and another Olton P.d; as they also stalked him in town while he would walk, as these holes would go around the block ~~and~~ countles s of times while they followed him while he walked, as they also would put the spotlight directlly on him as he walked in town Harrassing him, Commiting Crimes against the Public, the State and our goverment,

As these terrorists had obtained an illegall Probation Modification and Sentence in which was being deprived from False and Fabricated allegations; allegations in which had him ~~trafficked~~ to I.S.F For 6 months.

6. Johnny - a youngster, 21 year old African American whom is illegally being held against his will in Lamb County Jail, as the same individuals are trying to obtain or have obtained an illegal Probation modification by utulizing a charge in which was dismissed from Houston, Tx, as he has NO violations whatsoever in which give Lamb County any legal standing grounds or merits to violate or modify his probation; In which he is being sent to I.S.F also;

As all these mentioned individuals are citizens whom are being trafficked by using the Judiciary System as a way to Smuggle and traffic Citizens for their own personal self gain, A Capital offense.

And Johnny Satchel and Mark Uriste have Federal Complaints filed.

[signature]

Pro Se

IN reference to this. As well Habeas Corpus

In the year of 2020 Somewhere in the month of September I was stopped by Reggie Holmes, and Joseph Garcia when they stopped me they said that they had got a call saying that I had tried to steal a car, The owner of the car said that he never pressed charges against me. I also did avading arrest and Reggie Holmes ended up tazing me and tazed me on the back of my neck. when Reggie Holmes, tazed me I went unconscience Reggie Holmes and Joseph Garcia ended up searching me and they found a controll substance on me. I was also brought to the Emergency Room in little field due to me being tazed. I ended up getting me a court appointed lawyer with Phil Ricker he told me to plea guilty which he got me out on a PR bond.

In the year of 2021, Somewhere In the month of Febuary Reggie Holmes and Joseph Garcia arrested me because they said I had broke into a truck and stole a shotgun which they arrested me no charges were pressed against me They then searched me and found a Pipe on me which brought me to jail I ended up missing my Grand mothers birthday I had also got a court appointed attorney lawyer with matt morrow out of lubbock which he got me out on probation. J.R.

The above Affidavit/Statement was written by the affiant, the complaintee, Johnathon Ramirez, and under Purgury of the law, is true and correct.

Home address
304 5th St
Olton tx 79064
(P.O Box 826)

X Johnathan Ramirez
Lamb County Jail
1200 E. Waylon Jennin
Littlefield tx 79339

The Above Affidavet/Statement was written by the affiant, the complaintee, Johnathan Ramirez, and under purgury of the law is true and correct.

Through out the past years The police in olton involving Reggie Holmes and Joseph Garcia have harrassed me numberous times. There have been many of times of me walking out of my grandparents house and the police passing in front or Even them being parked down the street from my grandparents house and as soon as they see me they would pass me and then go around the block and pass me again there have also been times when I would be walkin at night heading home to my grandparents and a police offic Spot lighting me there have been multiple times of this happening as well

Home Address
304 5th St
olton tx 79064
(P.O Box 826)

X Johnathan Ramirez
Lamb county Jail
1200 E. waylon Jennings
Littlefield tx 79339

Step 2 Result: The following are a few of the Numerous

Date of Result: breaches Committed by terrorists.

**All petitioners must answer the remaining questions:**

20. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting them.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

A. **GROUND ONE:** Official Misconduct

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

These so called public Servants have Knowingly, intentionally and willingly Committed Criminal activities against Citizens, the State and goverment while and under their False pretense of this so called offical Capacity in order to defraud, deprive and inflict harm

B. **GROUND TWO:** Aggravatted Perjury

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

These so called public Servants had Knowingly, willingly and intentonally Committed perjury while under Oath, and Fabricated evedence, as such fabricated evidence and False oaths were used IN official court proceedings in which falsified crimes the petitioner had Committed, and had Forcefully pushed criminal proceedings forward in order to incacerate him illeguly.

C. **GROUND THREE:** Due Course of law was intentionally breached by false public Servants

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): No Citizen Shall be deprived of life, liberty and or property, privedges, immunities, or any manner defranchised, except as by due course of law

D. **GROUND FOUR:** The Rights of the Accused were intentionally breached by false public Servants

Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): As the accused shall have the right to demand the nature and Cause of the accusation against him, and to have the right to face his accusers, as he shall not be compelled to give evidence against himself. And should not be held to answer for any, unless for an Indicted ON a Valid grand Jury.

21. Relief sought in this petition: The petitioner prays to the Court to Liberate him from the unlawful Custody and detention at Lamb County Jail, the unlawful Convictions from His 2019 Hale County Convictions, the Fabricated charge from Lubbock County; and any and all monetary relief in which he is entitle to by and through the laws of our State and Nation.

Grand Continued:

E. Ground five: U.S. Constitution, Amendment XIV was breached by terrorists impersonating to be public Servants

Supporting facts: No State shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States, Nor shall any state deprive any citizen of life, liberty and property without due process of law, Nor deny to any person within its jurisdiction the equal protections of our laws

F. Ground Six: U.S. Constitution, Amendment VIII was breached by false public Servants under the Color of law

Supporting facts: Excessive Bail shall not be given, Nor required, Nor excessive fines imposed, Nor Cruel and unusual punishment Nor treatment inflicted

G. Ground Seven: U.S. Constitution, Amendment IX was breached by individuals whom are imposters and terrorists

Supporting Facts: The Constitution in its meaning shall not misconstrued to deny or disparage others retained by the people

H. Ground Eight: U.S. Constitution, Amendment X

Supporting Facts: The powers not delegated to the United States, the government, or the States are reserved for and to the People, as it is their right(s) and obligation to dismantle, take apart or (and) even abolish the government as a whole when confronted with a rogue government.

I. Ground Nine: U.S Constitution Amendment XIII have/has been breach by persons impersonating to be public Servants
Supporting Facts: Slavery nor Servitude shall Exist, except as punishment for a Crime when the party shall have been dully Convicted within a Court of law

J. Ground Ten: U.S Constitution Amendment IV has been intentionally breached by terrorists whom are employed as a public Servant
Supporting Facts: The People have the right to be Secure within their homes, persons, papers and effects against unreasonable searches and Seizures and shall Not be violated; And NO warrants shall issue, but upon probable cause, supported by Oath and affirmation and particularly describing the place, persons or things to be Seize

K. Ground Eleven: Preamble of the United States
Supporting Facts: We the People of the United States form a more perfect Union, to establish Justice, to ensure domestic tranquility, provide for the Common defense, promote for the general welfare, and Secure the blessings of liberty to Ourselves, and Our Posterity to ordain and establish the Constitution of the U.S

L. Ground Twelve: U.S. Constitution V has been breached by false public Servants whom are terrorists
Supporting Facts: No person shall be subject to be tried for the Same offense twice and to be put in jeopardy of life or limb without due process of law, Nor shall private property be taken for public use with just compensation

M. Ground Thirtheen: Chapter 21. § 21.09. INDICTMENT And Information - Discription of Personal Property

Supporting Facts: Personal Property alleged in an Indictment shall be identified by name, Kind, and number(s), and proof of Ownership; As Common Property must be shown to be owned by the other whom is making the accusation by showing proof of Ownership.

N. Ground Fourtheen: Chapter 21. Indictment & Information Statue 21.08 - allegation of Ownership

Supporting Facts: When one property is owned by another, and ownership cannot be verified, then the person in possession is presumed to be the owner of such property

O. Ground Fifteen: Chapter 21. Indictment & Information, Statue 21.03 - What Should be Stated In an Indictment

Supporting Facts: Everything Should be Stated In an Indictment that is Necessary to be proved

P. Grand Sixteen: Unlawful Arresst

Supporting facts: Lamb County Burglary of a Building is Fabricated; Lamb County Resisting Arrest is Fabricated; Lubbock County Bond Forfertures are Fabricated; Lubbock County theft charge is Fabricated; Hale County theft charges are Fabricated; Hale County Burglary of a Building are Fabricated.

Q. Ground Seventeen: Unlawful Incoceration

Supporting Facts: Due to these false public servants, the Petitioner had spent over 14 years unlawfully incocerated, as well his Children not only kidnapped but raped by Mallory, weston and other Lamb County deputies and Plainview P.d employees, and Ben Modi, Jennifer Garcia, Jaime Blunt, Gary Maddox, Felix Klein, Scott Say, Lamb County female Judge, Castro County male C.P.S Judge, Castro County Deputies

R. Ground Eighteen: Impersonating to be a Public Servant

Supporting facts: There is a group of terrorists whom have embedded themselves within Our Communities whom have sought employment within the Public Servant area, and have been hiding behind others whom are good and posing as citizen

S. Ground Nineteen: Failing to fullfill a public Servant's Public / Civil duties

Supporting facts: When several crimes were reported to Gary Maddox; Felix Klein; Lamb County pussy deputies; Reggie Holmes, Castro County hoe ass deputies; Fake ass Cops from Plainview P.d, Pussy Kregg Hukill, fagit Scot Say; and other pussy false public Servants whom failed to take such report and file it with the magistrate,

T. Ground Twenty: Misuse And Abuse of Official Capacity

Supporting Facts: False public Servants have utulizee their employment to intentionally inflict harm, torture and commit crimes against Citizens by hiding behind the Color of law and through the use of deception

Louis Gonzales #8977
Lamb County Jail
1200 E Waylon Jennings
Littlefield, TX 79339
RECEIVED
SEP 21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
PART 1 of 3
Legal
United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave
Lubbock, TX 79401
Louis Gonzales #8977
1200 E Waylon Jennings
Littlefield, Tx 79339
RECEIVED
SEP 21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
PART 2 of 3
Legal
United States District Court
Office of the Clerk
Northern District of Texas
1205 Texas Ave
Lubbock, TX 79401
Louis Gonzales #8977
Lamb County Jail
1200 E Waylon Jennings
Littlefield, Tx 79339
RECEIVED
SEP 21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
PART 3 of 3
United States District Courthouse
OFFICE Of The CLERK
1205 Texas Ave
Lubbock, Tx 79401

FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

FSC MIX · PAPER POUCH · how2recycle.info

UNITED S[...] POSTAL S[...]

l delivery date speci[...]
nestic shipments inc[...]
acking® included for [...]
nternational insuranc[...]
ed internationally, a [...]

es not cover certain item[...]
l Manual at *http://pe.usps*[...]
tional Mail Manual at *http*[...]

RATE EN[...]
ANY WEIGHT

KED ■ INS[...]

00001000014

UNITED STATES POSTAL SERVICE. **Retail**

**P**

US POSTAGE PAID
**$8.95**
Origin: 79339
09/19/22
4852100448-2

**PRIORITY MAIL®**

0 Lb 13.60 Oz
1005

EXPECTED DELIVERY DAY: 09/20/22

C067

SHIP TO:
1205 TEXAS AVE
LUBBOCK TX 79401-4037

USPS TRACKING® #

9505 5120 2597 2262 2703 33

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

RECEIVED
[...] / 2022
U.S. DISTRICT COURT
[...] DISTRICT OF TEXAS

**PRIORITY® ★ MAIL ★**

UNITED STATES POSTAL SERVICE.
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Louis Gonzales #8477
Lamb County Jail
1200 E Waylon Jennings Blvd
Littlefield TX. 79339

TO: United States District
Court office of the
Clerk.
1205 Texas Ave
Lubbock, TX 79401

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.



UNITED STATES
POSTAL SERVICE®

PRIORITY®
MAIL

RATE ENVELOPE

■ ANY WEIGHT

free Package Pickup,
the QR code.

.COM/PICKUP

KED ■ INSURED

)01000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE