UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

LOUIS FRED GONZALES,
Institutional ID No. 8977

          Plaintiff,

v.

FELIX KLEIN, *et al.*,

          Defendants.

No. 5:22-CV-00239-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated November 4, 2022.

                                                        JAMES WESLEY HENDRIX
                                                        United States District Judge